STATE OF NEW JERSEY v. LEON HILL.

October 3, 1972. Petition for certification denied.

JAMES OSWALD MC LAUGHLIN v.
NEW JERSEY STATE PAROLE BOARD.

October 3, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. ARCADIA GARCIA.

October 3, 1972. Petition for certification denied.

CLYDE CHRISTIE, TRUSTEE, *ETC.*, *ET AL.* v.
PHYLLIS H. SMITH, IND. *ETC.*

October 3, 1972. Petition for certification denied.

J. SIMON, INC. v. HENRY CLAY.

October 3, 1972. Petition and cross-petition for certification denied.